## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-20355-KING/DAMIAN

JANET COWLEY SANCHEZ,

    Plaintiff,

vs.

RESI SFR SUB, LLC,

    Defendant.

_____/

### ORDER DENYING MOTIONS TO WITHDRAW WITHOUT PREJUDICE

THIS CAUSE is before the Court on the Wolfson Law Firm, LLP's Motions to Withdraw as Attorneys for Plaintiff [ECF Nos. 3 and 7] (the "Motions to Withdraw") and pursuant to an Order of Referral to Magistrate Judge entered by the Honorable James Lawrence King, United States District Judge. *See* ECF No. 6.

The Court has reviewed the Motions to Withdraw and the pertinent portions of the record and is otherwise fully advised in the premises.

This action was removed from State Court by Defendant on February 2, 2022. *See* ECF No. 1. On March 14, 2022, Plaintiff's counsel of record, the Wolfson Law Firm, filed a Motion to Withdraw asserting "the attorney client relationship is no longer possible." *See* ECF No. 3. The Clerk entered a Notice to Filer regarding a login/signature block violation of Section 3J(1) of the CM/ECF Administrative Procedures and Local Rule 5.1(b) and directing the attorney to file a notice of striking the original motion, then refile the document. *See* ECF No. 5. On March 15, 2022, the District Judge referred the Motion to Withdraw [ECF No. 3] to the undersigned. *See* ECF No. 6. Thereafter, Plaintiff's counsel refiled the Motion

to Withdraw with the correct name of the attorney filing the document on the signature block. *See* ECF No. 7.

In the Motions to Withdraw, counsel failed to comply with Southern District of Florida Local Rule 11.1(d)(3)(A), which requires the attorney seeking to withdraw his or her appearance to serve such notice on the attorney's client and opposing counsel, and to include in the motion to withdraw the current mailing address for the attorney's client or the client's new or remaining counsel.[1] Further, counsel failed to comply with Local Rule 7.1(a)(3), which requires counsel for the movant to certify that counsel has conferred with all parties who may be affected by the relief sought in the motion, which efforts shall be identified with specificity in the motion (including the date, time, and manner of each effort). Therefore, it is unclear whether the Plaintiff is aware of or objects to counsel's Motions, or for that matter, what Defendant's position is on the Motions. Accordingly, it is hereby

ORDERED and ADJUDGED that the Motions to Withdraw [ECF Nos. 3 and 7] are **DENIED WITHOUT PREJUDICE** to refile in accordance with this Court's Local Rules.

**DONE and ORDERED** in Chambers at Miami, Florida, this 22nd day of March 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc:   James Lawrence King, U.S. District Judge
      Counsel of Record

---

[1] There is an additional attorney, Frances Arlene Scaglia of Fowler White Burnett, appearing as counsel of record for Plaintiff. However, based on the undersigned's research, it appears this attorney moved to a different law firm but has not sought to withdraw from this case.